IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lewis, Ozie | Case Number: 06 B 15670 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 1/16/07 | Filed: 11/29/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Transferred: December 19, 2006
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Triad Financial Services | Secured | 9,000.00 | 0.00 |
| 2. | American General Finance | Unsecured | 293.07 | 0.00 |
| 3. | Capital One | Unsecured | 218.09 | 0.00 |
| 4. | Triad Financial Services | Unsecured | 588.30 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 351.67 | 0.00 |
| 6. | Midland Credit Management | Unsecured | 38.12 | 0.00 |
| 7. | Cash By Nine, LLC | Unsecured | | No Claim Filed |
| 8. | Cash Today | Unsecured | | No Claim Filed |
| 9. | Easy Pay Loan | Unsecured | | No Claim Filed |
| 10. | Cash Advance | Unsecured | | No Claim Filed |
| 11. | Charter One Bank | Unsecured | | No Claim Filed |
| 12. | VIP Cash | Unsecured | | No Claim Filed |
| 13. | Triad Financial Services | Unsecured | | No Claim Filed |
| 14. | Merrick Bank | Unsecured | | No Claim Filed |
| 15. | SJM Marketing | Unsecured | | No Claim Filed |
| 16. | Loans Til Payday | Unsecured | | No Claim Filed |
| 17. | My Cashtime | Unsecured | | No Claim Filed |
| 18. | Cashnet | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,489.25 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lewis, Ozie

Printed: 1/16/07

Case Number: 06 B 15670
Judge: Goldgar, A. Benjamin
Filed: 11/29/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_