UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 06 B 15670
   OZIE LEWIS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-0775
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/29/06 and confirmed on 04/23/07.

2. The case was dismissed after confirmation, 12/05/2008.

3. The Debtor paid a total of $ 11650.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | UNSECURED | 2930.73 | .00 | 135.00 |
| AMERICASH LOANS | UNSECURED | 3516.69 | .00 | 161.99 |
| CAPITAL ONE BANK | UNSECURED | 2180.90 | .00 | 100.46 |
| CASH BY NINE | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| MY CASHTIME | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 12125.00 | 892.95 | 5818.02 |
| VIP CASH | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 2758.03 | .00 | 638.50 |
| ILLINOIS DEPT REVENUE | UNSECURED | 191.16 | .00 | 34.15 |
| ASPIRE VISA | UNSECURED | 540.16 | .00 | 116.95 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1251.02 | .00 | 270.84 |
| MIDLAND CREDIT MGMT | UNSECURED | 381.17 | .00 | 17.56 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12125.00 | .00 | 13749.86 | .00 | 25874.86 |
| PRINCIPAL PAID | 5818.02 | .00 | 1475.45 | .00 | 7293.47 |
| INTEREST PAID | 892.95 | .00 | .00 | .00 | 892.95 |
| TOTAL PAID | 6710.97 | .00 | 1475.45 | .00 | 8186.42 |

The Debtor's attorney, THOMAS W DREXLER          , was allowed $   3000.00 and was paid $   3000.00 .

The Trustee received $    463.58 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 03/11/09                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE